PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

DEC 08 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-261-1787

CASE NO: 1:17 SW 00575 BAM

[PROPOSED] ORDER DELAYING NOTICE

**UNDER SEAL**

The United States has represented that there exists an ongoing investigation into the terrorism-related activities of the parties named in the application and order, signed December 8, 2017, which authorized agents of the Federal Bureau of Investigation to ascertain the physical location of the Metro PCS cellular telephone currently assigned: 209-261-1787 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

/ / /

/ / /

/ / /

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 12/8/17

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE