MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED
JAN 0 5 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | MOTION TO UNSEAL SEARCH AND SEZIURE WARRANTS AND ALL RELATED FILINGS |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-261-1787; | CASE NO. 1:17-SW-00375 BAM |
| INFORMATION ASSOCIATED WITH FACEBOOK USER ID 1213504687 (aka "everittj"), THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK; and | CASE NO. 1:17-SW-00378 BAM |
| THE RESIDENCE LOCATED AT 530 13TH STREET, MODESTO, CA, AND A BLACK CHRYSLER 300, CA LICENSE PLATE 6HTP480. | CASE NO. 1:17-SW-00387 BAM |

The United States of America hereby applies to this Court for an order unsealing the search and seizure warrants, affidavits and relating filings in support of the search and seizure warrants previously sealed herein by the Court, because the search and seizure warrants have been executed by law enforcement and the principal target of the investigation has been arrested. As such, the need to seal the search and seizure warrants, affidavits and related filings no longer exists.

Accordingly, the United States requests that the search and seizure warrants, affidavits and all related filings be unsealed and made public record.

Dated: January 5, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ORDER ON MOTION TO UNSEAL SEARCH AND SEZIURE WARRANTS AND ALL RELATED FILINGS |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-261-1787; | CASE NO. 1:17-SW-00375 BAM |
| INFORMATION ASSOCIATED WITH FACEBOOK USER ID 1213504687 (aka "everittj"), THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK; and | CASE NO. 1:17-SW-00378 BAM |
| THE RESIDENCE LOCATED AT 530 13TH STREET, MODESTO, CA, AND A BLACK CHRYSLER 300, CA LICENSE PLATE 6HTP480. | CASE NO. 1:17-SW-00387 BAM |

The search and seizure warrants, affidavits and all related filings in support of the above-referenced search and seizure warrants, having previously been sealed by orders of this Court, and it appearing that the search and seizure warrants, affidavits and all related filings no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search and seizures warrants, affidavits and all related filings in support of the search and seizure warrants herein be unsealed and made public record.

DATED: January 5, 2018.

_/s/ Sheila K. Oberto_
UNITED STATES MAGISTRATE JUDGE

Order to Unseal    1